1  Youssef H. Hammoud (SBN: 321934)
2  L. Tegan Rodkey (SBN: 275830)
   **PRICE LAW GROUP, APC**
3  6345 Balboa Blvd., Suite 247
   Encino, CA 91316
4  T: (818) 600-5596
5  F: (818) 600-5496
   E: youssef@pricelawgroup.com
6  E: tegan@pricelawgroup.com
7  *Attorneys for Plaintiff,*
8  *Ricardo Ramos*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.,<br><br>          Defendant. | Case No.: 8:20-cv-00169-JLS-DFM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ricardo Ramos and Defendant Citibank, N.A., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED,

DATED: February 3, 2021

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Ricardo Ramos*

DATED: February 3, 2021

By: */s/ Marcos D. Sasso*
Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350
*Attorneys for Defendant,*
*Citibank, N.A.*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

DATED: February 3, 2021

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud
*Attorneys for Plaintiff,*
*Ricardo Ramos*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Lia Ruggeri*